# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:15-CV-147-RLV-DCK

| | |
|---|---|
| JONATHAN BYNUM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| LINCOLNTON HOUSING AUTHORITY, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on *pro se* Plaintiff's "Motion For Leave To Proceed As A Veteran" (Document No. 3) filed July 8, 2016. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and applicable authority, the undersigned will <u>deny</u> the motion.

Plaintiff's "motion" consists of the single phrase "motion for Leave to proceed as veteran," a signature, and a date. (Document No. 3). Plaintiff's filing lacks any authority or argument, or even any explanation of the relief he seeks. <u>Id.</u> The Local Rules of this Court provide that motions "shall state with particularity the grounds of the motion and shall set forth the relief or Order sought." <u>See</u> Local Rule 7.1 (A)

**IT IS, THEREFORE, ORDERED** that the "Motion For Leave To Proceed As A Veteran" (Document No. 3) is **DENIED**.

Signed: August 19, 2016

David C. Keesler
United States Magistrate Judge